Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| ERIC WAGNER and DARLENE BAUMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OVATION CREDIT SERVICES, INC; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.<br>3:18-cv-00681-MMH-MCR<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** October 28, 2019         **Law Offices of Todd M. Friedman, P.C.**

                    By: s/ Kelsey Kuberka
                        Kelsey Kuberka ESQ.

Notice of Settlement - 1

Filed electronically on this 28th Day of October, 2019, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the
United States District Court of Florida

And all Counsel of Record as recorded on the Electronic Service List.

This 28th Day of October, 2019

                        By: s/ Kelsey Kuberka
                            Kelsey Kuberka ESQ.