UNITED STATES DISTRICT COURT
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| ERIC WAGNER and DARLENE BAUMAN, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>OVATION CREDIT SERVICES, INC; and DOES 1 through 10, inclusive, and each of them,<br>Defendant. | Case No.<br><br>3:18-cv-681-J-34MCR<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their respective undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate to dismiss this matter with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative Class. Each party shall bear their own costs and attorney fees.

Respectfully submitted this 3rd Day of December, 2019,

**LAW OFFICES OF TODD M. FRIEDMAN P.C**
Kelsey L. Kuberka (pro hac vice)
Email: kkuberka@toddflaw.com
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
kelsey.kuberka@toddflaw.com
*Attorney for Plaintiff*

**SMITH, GAMBRELL, & RUSSELL, LLP**
**By:** */s/ Richard D. Rivera*_____
Scott S. Gallagher
Florida Bar No. 0371970
Email: ssgallagher@sgrlaw.com
Richard D. Rivera
Florida Bar No. 108251
Email: rrivera@sgrlaw.com
50 North Laura St, Suite 2600
Jacksonville, FL 32202
(904) 598-6111
(904) 598-6211 fax
*Attorneys for Defendant*

Filed electronically on this 3rd Day of December, 2019, with:

Notification sent electronically via the Court's ECF system to:

All Counsel of Record as Recorded On The Electronic Service List.

This 3rd Day of December, 2019.
s/Todd M. Friedman
TODD M. FRIEDMAN

Stipulation to Dismiss- 3