**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ERIC WAGNER and DARLENE
BAUMAN, individually and on behalf of
all others similarly situated,

      Plaintiffs,

v.                                                                          Case No.   3:18-cv-681-J-34MCR

OVATION CREDIT SERVICES, INC.,
CAPITAL LEADS, LLC, and
DOES 1 THROUGH 10,

      Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal of Action (Dkt. No. 52; Stipulation) filed on December 4, 2019.  In the Stipulation, the parties request dismissal of this matter with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class members.  See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

    1.    Plaintiffs' individual claims are **DISMISSED with prejudice**.

    2.    The putative class members' claims are **DISMISSED without prejudice**.

    3.    Each party shall bear their own costs and attorney fees.

4. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of December, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record